JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
New England Synod, Evangelical Lutheran Church in America, et al. (see attachment)

### DEFENDANTS
Department of Homeland Security; Kristi Noem, in her official capacity as Secretary of DHS

**(b)** County of Residence of First Listed Plaintiff: **Worcester**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Mark B. Samburg, Democracy Forward, P.O. Box 34553, Washington, D.C. 20043, 202-448-9090 (see attachment)

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

(Nature of suit checklist — box checked: **899 Administrative Procedure Act/Review or Appeal of Agency Decision** under OTHER STATUTES)

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. §§ 2000bb, et seq.; U.S. Const. amend. I; 5 U.S.C. § 706

Brief description of cause:
This case seeks to bar or mandate federal governmental policies or actions of nationwide impact... (see attachment)

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE: July 28, 2025

SIGNATURE OF ATTORNEY OF RECORD: s/ Mark B. Samburg

**FOR OFFICE USE ONLY**

RECEIPT # _____　AMOUNT _____　APPLYING IFP _____　JUDGE _____　MAG. JUDGE _____

**I(a). PLAINTIFFS:**
New England Synod, Evangelical Lutheran Church in America
Greater Milwaukee Synod, Evangelical Lutheran Church in America
Southwest California Synod, Evangelical Lutheran Church in America
Southwestern Texas Synod, Evangelical Lutheran Church in America
Sierra Pacific Synod, Evangelical Lutheran Church in America
San Francisco Friends Meeting of the Religious Society of Friends
Pacific Yearly Meeting of the Religious Society of Friends
North Pacific Yearly Meeting of the Religious Society of Friends
American Baptist Churches USA
Alliance of Baptists
Metropolitan Community Churches


**I(c). ATTORNEYS:**
Mark B. Samburg
Kevin E. Friedl
Sarah Goetz
Andrew Bookbinder
J. Sterling Moore
Audrey Wiggins
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090

Ryan Downer
Madeleine Gates
Melissa Colon
Washington Lawyers' Committee for Civil Rights and Urban Affairs
700 14th St. NW, Suite 400
Washington, DC 20005
(202) 319-1000

Richard J. Leveridge
Sonia W. Murphy
Sarah Sraders
Brandon A. Levey
Samone Ijoma
Gilbert LLP

700 Pennsylvania Ave. SE #400
Washington, DC 20003
(202) 772-2200

**VI. Cause of Action**

This case seeks to bar or mandate federal governmental policies or actions of nationwide impact, by declaratory judgment and/or any form of injunctive relief. Specifically, Plaintiffs challenge DHS's recission of its former policy on immigration enforcement at houses of worship and similar locations.