UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

**New England Synod, Evangelical Lutheran Church in America,** *et al.*,

Plaintiffs,

v.

**Department of Homeland Security,** *et al.*,

Defendants.

Case No. 4:25-cv-40102

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for a stay under 5 U.S.C. § 705 or, in the alternative, a preliminary injunction, the accompanying memorandum and supporting materials, and any related responses and replies filed, it is hereby

**ORDERED** that the motion is **GRANTED**;

**ORDERED** that Defendants' recission of the 2021 Mayorkas Memorandum is **STAYED** and preliminarily set aside pending resolution of this case on the merits or further order of the Court;

**ORDERED** that Defendants shall in good faith continue to implement and act in accordance with the 2021 Mayorkas Memorandum pending resolution of this case on the merits or further order of the Court;

**ORDERED** that within one day of the issuance of this Order, Defendants provide notice of this Order to their employees and agents involved in carrying out immigration enforcement operations;

1

**ORDERED** that within seven days of the issuance of this Order, Defendants shall file a status report apprising the Court of their compliance with this Order and providing a copy of the notice that Defendants provided to their employees and agents pursuant to this Order;

**ORDERED** that within 30 days of the issuance of this Order, and every 30 days after that, Defendants shall file a status report apprising the Court of the total number of enforcement actions carried out at houses of worship or other sensitive locations of religious practice and, for each such action: what type of exigent circumstances existed, if any; whether the action was conducted pursuant to an administrative or judicial warrant; and whether prior approval for the operation was given.

**SO ORDERED**

Dated: _____, 2025

_____
THE HON. F. DENNIS SAYLOR, IV
UNITED STATES DISTRICT JUDGE