AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| New England Synod, Evangelical Lutheran Church in America et al ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 4:25-cv-40102 |
| Department of Homeland Security et al ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs (see attached for full list).

Date:   07/29/2025

/s/ J. Sterling Moore
*Attorney's signature*

J. Sterling Moore (DC Bar No. 1617672)
*Printed name and bar number*

P.O. Box 34553
Washington, D.C. 20043

*Address*

smoore@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 796-4426
*FAX number*

## FULL LIST OF PLAINTIFFS

- Alliance of Baptists
- American Baptist Churches USA
- Greater Milwaukee Synod, Evangelical Lutheran Church in America,
- Metropolitan Community Churches
- New England Synod, Evangelical Lutheran Church in America
- North Pacific Yearly Meeting of the Religious Society of Friends
- Pacific Yearly Meeting of the Religious Society of Friends
- San Francisco Friends Meeting of the Religious Society of Friends
- Sierra Pacific Synod, Evangelical Lutheran Church in America
- Southwest California Synod, Evangelical Lutheran Church in America
- Southwestern Texas Synod, Evangelical Lutheran Church in America