IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

**New England Synod, Evangelical Lutheran Church in America,** *et al.*,

Plaintiffs,

v.

**Department of Homeland Security,** *et al.*,

Defendants.

Case No. 4:25-cv-40102-FDS

## DECLARATION OF J. STERLING MOORE

I, Sterling Moore, state and declare as follows:

1. I am an attorney at Democracy Forward Foundation and counsel to all Plaintiffs in the above-captioned matter. I submit this Declaration in support of Plaintiffs' Notice of Supplemental Facts.

2. A true and correct copy of a declaration signed by Rev. Caleb Crainer, dated November 21, 2025, is attached hereto as **Exhibit 1**.

3. A true and correct copy of a Charlotte Observer article titled "Church members flee as federal agents arrive at east Charlotte place of worship," dated November 17, 2025, is attached hereto as **Exhibit 2**.

4. A true and correct copy of a Christianity Today article titled "DC Churches to Trump: Stay Out of Our Parking Lots," dated Aug. 29, 2025, is attached hereto as **Exhibit 3**.

5. A true and correct copy of a CBS News article titled "ICE agents spotted near Rogers Park church, leaving community members concerned," dated October 12, 2025, is attached hereto as **Exhibit 4**.

6. A true and correct copy of a This Week in Worcester article titled "Exclusive: Trump DHS Plans Immigration Raids on Churches Over Holidays," dated November 17, 2025, is attached hereto as **Exhibit 5**.

7. A true and correct copy of a Raw Story article titled "Feds plan holiday season raids on Spanish-speaking churches: report," dated November 18, 2025, is attached hereto as **Exhibit 6**.

8. A true and correct copy of an Esquire article titled "ICE Is Coming to Bust a Church Near You This Holiday Season. Seriously." dated November 18, 2025, is attached hereto as **Exhibit 7**.

9. A true and correct copy of email correspondence between Plaintiffs' and Defendants' counsel, with the most recent message dated November 20, 2025, and with the subject "New England Synod v. DHS (D. Mass.)," is attached hereto as **Exhibit 8**.

10. A true and correct copy of a Religion News Service article titled "Viral warnings of planned ICE raids on churches have pastors worried," dated November 20, 2025, is attached hereto as **Exhibit 9**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed:     Nov. 21, 2025

_____
J. Sterling Moore