# Exhibit 1

## Declaration of Rev. Caleb Crainer

I, Rev. Caleb Crainer, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am Reverend Caleb Crainer. I am the Presiding Minister at St. Andrew's Lutheran Church ("St. Andrew's") in Los Angeles, California. St. Andrew's is part of the Southwest California Synod of the Evangelical Lutheran Church in America.
2. I began serving at St. Andrew's in 2012. I hold degrees in theology from Valparaiso University (B.A.), The Graduate Theological Union (M.A.), and the Lutheran Seminary Program in the Southwest (M. Div.).
3. I make this declaration based on personal knowledge and information relayed to me in the course of my duties as the Presiding Minister at St. Andrew's.
4. In our Christian tradition, Jesus teaches frequently about our sacred calling to love strangers and neighbors (Matthew 22:37-40, Mark 12:31, Luke 6:27-28, John 15:12). We take this faith-based calling seriously at St. Andrew's and have a history of welcoming and including people from around the world as members and leaders in our community.
5. In July 2025, St. Andrew's was featured in an NPR article entitled "Los Angeles houses of worship plan for possible ICE raids."[1] I was interviewed for the article and shared how our church had been preparing for the possibility of immigration enforcement following the recission of the government's policy of not conducting such enforcement at houses of worship. I described how we developed plans in the case of raids and conducted role-playing exercises so that staff and congregants know what to do. Our faith requires us to take these steps to protect the most vulnerable among us.
6. On Friday, October 17, 2025 around 6 a.m., a white van pulled into our church parking lot. The parking lot is clearly attached to the church; it is right next to the sanctuary building and is surrounded by a low barrier.
7. Our church is on private property and, due to security issues we have had in the past, is marked with "No Trespassing" signs.
8. Security camera footage of the church parking lot shows additional unmarked white vans entering the parking lot around 9 a.m., as well as unmarked SUVs.
9. From the vehicles emerged federal agents wearing vests marked "POLICE" and masks covering their faces. They apparently used our church's parking lot as a staging area for some kind of enforcement action. There were around 20 agents in our parking lot.
10. I am aware that there was an immigration enforcement action at a nearby carwash that day; it is possible that our church's parking lot was used as a staging area for that action.
11. In videos of the incident at St. Andrew's, individuals with their hands zip-tied can be seen being escorted by the masked federal agents.
12. Shortly before 10 a.m., a community member arrived for voice lessons she had scheduled at the church and saw the immigration enforcement action taking place. Most of the agents she observed were wearing bulletproof vests and visible firearms. After she parked and exited her car, one of the agents moved toward her, making threatening gestures. She told the agents that they needed to leave the church parking lot. They left.
13. The church did not give the agents permission to use our parking lot for their actions and would not have done so if asked.

---

[1] https://www.npr.org/2025/07/13/nx-s1-5466054/los-angeles-houses-of-worship-plan-ice-raids

14. The congregation at St. Andrew's is horrified by this unsanctioned use of our space. I am also horrified to think that the broader community might believe that we allowed this raid to occur; in viewing video of the incident taken by a bystander, I heard someone say, "I can't believe the church would let this happen."
15. Though we have taken a number of steps to prepare in the event of a raid, we did not think that agents would come onto our property and use it for their purposes without permission. I now realize that what we had done previously to protect our congregation from immigration enforcement was not sufficient. Clearly, federal agents will force their way onto our property and do whatever they want without respecting our dignity and autonomy.
16. In response to this violation, we have had to take a number of steps to improve our church campus's security. We undertook a $5,000 overhaul of our security cameras, and may add additional ones – we had been planning an upgrade eventually, but after this, we had to move quickly. We have added additional "No Trespassing" signs. We are going to implement a means of closing off the parking lot at night, which we have never had to do before.
17. This violation has made me think about the church property in a whole new way. Our parking lot was important to the community during the COVID-19 pandemic: it was a place where people would sit outside and meet up, and where kids could ride their bikes safely. It is where we have events like our annual Oktoberfest and trunk-or-treat. Since ICE staged its raid on our property, though, I have realized that we need to take stronger steps to defend our congregation and to think more defensively about the property, which will be at the expense of creating a welcoming and open meeting place for the congregation and community.
18. In the wake of the raid, we have also had to take steps to address what happened with our congregation and the broader community. We have sent a letter to community members and have had numerous conversations with parishioners. We will be doing more trainings about responses to immigration enforcement.
19. I have known something like this could occur ever since the government removed protections from houses of worship. I wish that I did not feel scared, but I am, for my congregants and for my community.

Dated: 11 / 21 / 2025

_____
Rev. Caleb Crainer

Doc ID: aea905b7151f3f3cf8193aed01bb4371395ea1a3