# Exhibit 2


≡Q **The Charlotte Observer**

Log In | **Subscribe**

$19.99 FOR 6 MONTHS   That's less than a dollar a week!

Talk to your doctor about TZIELD.

Sanofi

**POLITICS & GOVERNMENT**

# Church members flee as federal agents arrive at east Charlotte place of worship

By **Nick Sullivan**

Updated November 17, 2025 11:26 AM 🎁 Gift Article







A Charlotte pastor said Border Patrol came into his church and made an arrest in front of children on Nov. 15, 2025.
By Khadejeh Nikouyeh









**BODEN**

SHOP NOW

**READ MORE**

### Border Patrol in Charlotte

U.S. Border Patrol began making rounds in Charlotte on Saturday morning.

This follows recent Border Patrol activity in Chicago that made headlines, with some reports alleging agents violated people's rights.

**EXPAND ALL**

🎧 **Listen to this article**

Congregants of an east Charlotte church scattered into the woods Saturday when masked federal agents arrived and detained one of their members, according to witnesses.

About 15 to 20 church members were doing yard work on the property off Albemarle Road while their children played games and their spouses cooked meals. Agents parked just outside a closed gate leading to the church parking lot and ran into the yard, said the pastor, who did not want to identify himself or his church.

TOP VIDEOS



The agents asked no questions and showed no identification before taking one man away, whose wife and child were inside at the time, the pastor said. They attempted to grab others, too.

**Read Next**

LOCAL

**After 81 arrests in Charlotte, Border Patrol presses on in second day of activity**

November 16, 2025 8:08 AM

"Right now, everybody is scared. Everybody," he said. "One of these guys with immigration, he say he was going to arrest one of the other guys in the church. He pushed him."

**Talk to your doctor about TZIELD.**

Sanofi

Inside the church, women and children sobbed as they wondered whether their loved ones had been taken. Some yard workers fled into the surrounding woods when officials arrived, including 15-year-old Miguel Vazquez.

"I thought, 'Wait, why am I running? I'm a citizen,'" Vazquez said. He was friends with the man who was taken and worries about the family he left behind.

Case 4:25-cv-00002-FBS Document 653 Filed 11/21/25 Page 18 of 48



Miguel Vazquez, 15, witnessed U.S. Border Patrol agents arresting a person at a church while he was cleaning outside on Saturday, Nov. 15, 2025. He ran and came back later. KHADEJEH NIKOUYEH *knikouyeh@charlotteobserver.com*

The church is suspending services and yard work until members feel safe to gather again without the threat of immigration raids, Vazquez said. Church members were aware the U.S. Border Patrol was planning an operation in Charlotte this weekend but didn't think twice about their place of worship.

"We thought church was safe and nothing gonna happen," Vazquez said. "But it did happen."

*Observer photojournalist Khadejeh Nikouyeh contributed.*