# Exhibit 7

11/21/25, 9:28 AM · ICE Is Coming to Bust a Church Near You This Holiday Season. Seriously.

Case 4:25-cv-40002-DJC    Document 6518    Filed 11/21/25    Page 32 of 58

RELATED   Black Friday AirPods Deals   Early Levi's Black Friday Deals   Saatva Black Fri

News > Politics With Charles P. Pierce

# ICE Is Coming to Bust a Church Near You This Holiday Season. Seriously.

Nothing screams "Christmas cheer" like an immigration raid.

By Charles P. Pierce    PUBLISHED: NOV 18, 2025 5:24 PM EST

💬 30



We use technologies that provide information about your interactions with this site to others for functionality, analytics, targeted advertising, and other purposes. Learn more in our Privacy Notice. You agree that your use of this website and the Hearst Services is governed by the Terms of Use (including the dispute resolution procedures).

N Agencies within the U.S. Department of Homeland Security (DHS), including Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), and Customs and Border Patrol (CBP), intend to implement a comprehensive plan to target Spanish-speaking churches across the country during the upcoming holiday season between Thanksgiving, November 27, and Christmas, December 25.

Three U.S. Department of Justice (DOJ) attorneys, including one assigned to the U.S. Attorney's office in the district of Massachusetts, one to the district of Rhode Island office, and the third posted at an office in New York told *This Week in Worcester* they received briefings on the plan.

The attorney in the Massachusetts office said that they attend a Baptist church in Massachusetts and is a registered Republican. He said that he does not see how this plan is in line with either American values or Biblical doctrine. The attorney in the Rhode Island office confirmed both the briefing and internal discussions about the legal issues surrounding arrests at churches over the past three months.

Oh, this should provide us with some happy holiday videos. Even if they just roust people in the parking lot before or after the services, local TV news is going to love the pictures. Folks thrown down and zip tied in front of Nativity scenes. Oh come, let us adore them. The report also says that the administration is trolling for support among some of the more prominent pastors, who are undoubtedly shining up their thuribles to anoint the policy.

And just as a reminder: "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof…"

That's just crazy talk.

## Just Launched: Esquire Premium

We use technologies that provide information about your interactions with this site to others for functionality, analytics, targeted advertising, and other purposes. Learn more in our Privacy Notice. You agree that your use of this website and the Hearst Services is governed by the Terms of Use (including the dispute resolution procedures).

Case 4:25-cv-40002-DJC   Document 6518   Filed 11/21/25   Page 34 of 58



### How to Dress Now: Expert Tips for Looking Your Best

The Esquire Style Guides will help you dress for any occasion.

**READ MORE**



### The 15 Items Every Guy Should Have in His Wardrobe

Consider these the foundation to great personal style.

**READ MORE**

The only place you'll find real journalism and real style.

**JOIN PREMIUM**

---

# Is it possible to actually enjoy election season? Find out.

## Sign up for Esquire's daily newsletter.

| Enter your email address. | **SIGN ME UP.** |

By signing up, I agree to the Terms of Use (including the dispute resolution procedures) and have reviewed the Privacy Notice.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

---

**WATCH NEXT**

We use technologies that provide information about your interactions with this site to others for functionality, analytics, targeted advertising, and other purposes. Learn more in our Privacy Notice. You agree that your use of this website and the Hearst Services is governed by the Terms of Use (including dispute resolution procedures).

11/21/25, 9:28 AM    ICE Is Going to Go to Church Near Houston This Holiday Season. Seriously.

Case 4:25-cv-40002-DJC    Document 6518    Filed 11/21/25    Page 35 of 58



We use technologies that provide information about your interactions with this site to others for functionality, analytics, targeted advertising, and other purposes. Learn more in our Privacy Notice. You agree that your use of this website and the Hearst Services is governed by the Terms of Use (including the dispute resolution procedures).