# Exhibit 8

Case 4:25-cv-40002-DJS Document 65-19 Filed 11/21/25 Page 1 of 3

**DEMOCRACY FORWARD**

Kevin Friedl <kfriedl@democracyforward.org>

## New England Synod v. DHS (D. Mass.)

**Wolfe, Kristina (CIV)** <Kristina.Wolfe@usdoj.gov>  Thu, Nov 20, 2025 at 6:09 PM
To: "kfriedl@democracyforward.org" <kfriedl@democracyforward.org>

Hi Kevin,

Alex and Diane forwarded your inquiry in me. I've conferred with DHS and DHS has no comment on the article you sent.

Best regards,

Kristina

---

Kristina A. Wolfe

Senior Trial Counsel, U.S. Department of Justice

Civil Division, Federal Programs Branch

P.O. Box 883, Ben Franklin Station | Washington, DC 20044

p 202-353-4519 | f 202-616-8470

---

**From:** Kevin Friedl <kfriedl@democracyforward.org>
**Sent:** Wednesday, November 19, 2025 2:53 PM
**To:** Haas, Alex (CIV) <Alex.Haas@usdoj.gov>; Kelleher, Diane (CIV) <Diane.Kelleher@usdoj.gov>
**Subject:** [EXTERNAL] Fwd: New England Synod v. DHS (D. Mass.)

Hi Alex and Diane,

I'm writing you per Cody Giles's out-of-office response, regarding case no. 4:25-cv-40102 (D. Mass.). Can you please connect us with the DOJ attorney who will be handling this case in Cody's absence and/or yourselves provide a response to the below inquiry?

Thank you very much,

Kevin

---------- Forwarded message ---------
From: **Kevin Friedl** <kfriedl@democracyforward.org>
Date: Wed, Nov 19, 2025 at 2:48 PM
Subject: New England Synod v. DHS (D. Mass.)
To: Giles, Richard C (CIV) <Richard.C.Giles@usdoj.gov>


Hi, Cody,

I hope ███████████████████████████████████

I'm writing with regard to some very disturbing reporting that appeared earlier this week describing a plan by DHS to target Spanish-speaking churches during the upcoming holiday season:

https://thisweekinworcester.com/exclusive-trump-ice-raids-churches-holiday/

As you can imagine, we are extremely concerned about any such campaign being directed against our clients and their members, as well as by the predictable effects it would have on our clients and their members even if any such raids were limited to other churches. We think that any such planned campaign would be highly relevant to this case and to our pending motion for preliminary relief.

Are you in a position to shed any light on this reporting or the planned campaign it describes? We would appreciate your response by the end of the day tomorrow so that we can weigh appropriate next steps.

Thank you,

Kevin


**Kevin Friedl**
Senior Counsel
Democracy Forward

(202) 894-6035

kfriedl@democracyforward.org

democracyforward.org

[Quoted text hidden]