IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

**New England Synod, Evangelical Lutheran Church in America,** *et al.*,

Plaintiffs,

v.

**Department of Homeland Security,** *et al.*,

Defendants.

Case No. 4:25-cv-40102-FDS

### PLAINTIFFS' SECOND NOTICE OF SUPPLEMENTAL FACTS

Plaintiffs write to inform the Court of several recent incidents highlighting the urgent need for the relief requested in Plaintiffs' pending motion for a stay under 5 U.S.C. § 705 or, in the alternative, a preliminary injunction. *See* ECF Nos. 32, 33.

*All God's Children Metropolitan Community Church*

In just the past several weeks, multiple incidents have occurred at and around All God's Children Metropolitan Community Church—a member of Plaintiff MCC—in Minneapolis.

*First*, last week, ICE agents detained the church's senior pastor at gunpoint nearby the church. As detailed in the attached declaration, Rev. Kenny Callaghan noticed a commotion about one a half blocks from the church on Wednesday, January 7. Ex. 27 ¶ 13. When he saw ICE agents surrounding a woman, Rev. Callaghan told the agents, "Take me. Stop harassing her. Take me." *Id.* ¶ 14. In response, an agent approached Rev. Callaghan threateningly, pointed a gun at him, and asked if he was afraid, to which Rev. Callaghan responded: "I am not afraid." *Id.* ¶ 15. ICE agents then handcuffed Rev. Callaghan and put him in the back of an SUV. They left him there, returning to the car three separate times to ask if he was afraid yet. Each time, he told them

1

no. *Id.* ¶¶ 15–16. The third time they came, they asked for his identification and cell phone. They then told him, "Well, you're white. You won't be any fun anyway. You can get out of the car." *Id.* ¶ 18.

*Second*, the same day that ICE agents detained Rev. Callaghan at gunpoint, they were also recorded seizing multiple people immediately in front of the church.[1] *Id.* ¶ 20–21. The video shows at least a half-dozen SUVs, some with flashing lights, surrounding a car that had been stopped on the street just feet away from church property. A crowd of DHS agents is seizing what looks like two people, appearing to be handcuffing them and putting them into waiting cars. The church property and "All God's Children" marquee are clearly visible in this still from the video:



---

[1] The video has been publicly posted to social media and can be viewed at https://www.facebook.com/leef.jackson.2025/videos/1397093661910402/.

*Third*, these incidents followed another one several weeks ago in which Rev. Callaghan personally witnessed ICE agents seizing someone who appeared to be a Somali man about four blocks from the church. *Id.* ¶ 22.

Under DHS's prior sensitive locations policy, which applied not only to houses of worship but to the areas around them, *see* Ex. 4 at 3 (ECF No. 1-4), incidents like these would not have been allowed near the church outside of extreme circumstances.

All God's Children, which is located in a predominantly immigrant neighborhood, Ex. 27 ¶ 7, has continued to experience the negative impacts of the Defendants' 2025 Policy. The local community has responded predictably and reasonably to the increased risk of being seized or surveilled by DHS (regardless of legal status, or even whether they are in fact immigrants) at and around the church. At the church's weekly meal service, for example, which is attended largely by members of the local immigrant community, attendance has fallen by more than half what it was a year ago. That meal service is a core part of the congregation's ministry, yet the congregation is unable to carry out its religious mandate to feed the hungry and care for the vulnerable when the fear created by Defendants' policy prevents the hungry and vulnerable from coming to church to receive needed services. *Id.* ¶ 9, 24–28. Similarly, All God's Children has experienced a severe financial loss from the cancellation of reservations of its social hall for events such as baptisms and wedding parties. Last year, such rentals provided 20-25% of the church's budget, income that is critical to allowing the congregation to operate ministries such as its food pantry. *Id.* ¶ 18, 30–31. Congregants, too, now no longer feel safe attending church and say they will stop coming until they can feel safe again. *Id.* ¶ 32.

*University Baptist Church*

Elsewhere in Minneapolis, the University Baptist Church, a member of Plaintiff Alliance of Baptists, has likewise been affected by DHS's policy of unrestrained enforcement at and around houses of worship. At services this past Sunday, January 11, church staff and congregants got word that ICE vehicles were parked outside a different church less than a half a mile away. Ex. 28 ¶ 10. The start of regular services had to be postponed while church staff made an announcement from the pulpit to notify people and remind them of the protocols the church has put in place in case ICE or other federal agents seek entry. *Id.* Ushers locked the doors— something the church never felt compelled to do before Defendants' change in policy, and that is antithetical to their beliefs of free and open worship—and kept a look out during the service. Even before the current ramp-up of DHS agents in Minneapolis began last month, immigrant and Latino members of the congregation had already begun staying away from services because they no longer felt safe at the church. *Id.* ¶ 6.

These incidents represent a small sample of the ongoing and irreparable harms to Plaintiffs, their members, and many others caused by DHS's 2025 Policy. *See also, e.g.*, Exs. 10- 26 (ECF No. 33-1–33-17); Decl. of Rev. Caleb Crainer (ECF No. 65-2). Without the relief sought in Plaintiffs' pending motion for a stay or preliminary injunction, these harms will continue unabated. Plaintiffs respectfully request the Court's prompt intervention in order to prevent further serious and irreparable harm.

Dated: January 13, 2026                                    Respectfully submitted,

                                                                                       */s/ Kevin E. Friedl*

Ryan Downer*                                               Kevin E. Friedl*
Madeleine Gates*                                           Sarah Goetz*
WASHINGTON LAWYERS' COMMITTEE FOR                          Andrew Bookbinder*
    CIVIL RIGHTS AND URBAN AFFAIRS                         J. Sterling Moore*

4

700 14th St. NW, Suite 400  
Washington, DC 20005  
ryan_downer@washlaw.org  
madeleine_gates@washlaw.org  
melissa_colon@washlaw.org  

Richard J. Leveridge*  
Sonia W. Murphy*  
Brandon A. Levey*  
Samone Ijoma*  
Brittney M. Welch*  
GILBERT LLP  
700 Pennsylvania Ave. SE #400  
Washington, DC 20003  
Leveridger@gilbertlegal.com  
Murphys@gilbertlegal.com  
Leveyb@gilbertlegal.com  
Ijomas@gilbertlegal.com  
Welchb@gilbertlegal.com  

Mark B. Samburg  
Ayesha Khan*  
DEMOCRACY FORWARD FOUNDATION  
P.O. Box 34553  
Washington, DC 20043  
Phone: (202) 448-9090  
Fax: (202) 796-4426  
kfriedl@democracyforward.org  
sgoetz@democracyforward.org  
abookbinder@democracyforward.org  
smoore@democracyforward.org  
msamburg@democracyforward.org  
akhan@democracyforward.org  

*Admitted *pro hac vice*