IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| **New England Synod, Evangelical Lutheran Church in America,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **Department of Homeland Security,** *et al.*, <br><br> Defendants. | **Case No. 4:25-cv-40102-FDS** |

**PLAINTIFFS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs write to inform the Court of a recent ruling in *Philadelphia Yearly Meeting of the Religious Society of Friends v. DHS*, No. 25-cv-0243 (D. Md. Feb. 3, 2025) (attached), addressing issues raised by Plaintiffs' pending motion for a stay or preliminary injunction, ECF Nos. 32, 33.

*Philadelphia Yearly Meeting* involves a similar challenge to Defendants' 2025 Policy rescinding protections for sensitive locations. Like Plaintiffs here, the plaintiffs in *Philadelphia Yearly Meeting* allege that Defendants' 2025 Policy violates the Administrative Procedure Act because it is arbitrary and capricious, contrary to law and in excess of statutory authority, and contrary to constitutional right. The government moved to dismiss the plaintiffs' APA claims; in its recent ruling, the court denied that motion in all relevant respects.[1]

Two aspects of that decision are relevant here. First, the court concluded that the 2025 Policy was a "final agency action" subject to review under the APA. *See* slip op. at 5–13; *cf.* ECF No. 57 at 20–22 (so arguing). The 2025 Policy, the court explained, "materially redetermined the

---

[1] The court granted the motion with respect to a single claim not raised in this case: that Defendants were required to go through notice and comment in order to issue the 2025 Policy.

1

rights and obligations of immigration officers by removing the restrictions and limitations of the [former sensitive locations policy]." Slip op. at 10. In addition, "the 2025 Policy was a final agency action because it withdrew the effective safe harbor provided in [the former policy]." *Id.*

Second, the court determined that the 2025 Policy did not fall within the narrow exception to APA review for actions "committed to agency discretion by law." *See* slip op. at 13–18; *cf.* ECF No. 57 at 18–20 (so arguing). Distinguishing *Heckler v. Chaney*, 470 U.S. 821 (1985), which involved the decision not to institute a particular enforcement proceeding, the court noted that the 2025 Policy "is a broad or general enforcement policy for which the considerations at issue in *Heckler* are inapplicable." Slip op. at 15; *contra* ECF No. 56 at 31–32 (relying on *Heckler*). The court further found that the exception did not apply because "meaningful standard[s]" were available to guide its review. Slip op. at 17.

The decision in *Philadelphia Yearly Meeting* supports Plaintiffs' request for preliminary relief to prevent serious irreparable harm from Defendants' implementation of the 2025 Policy, which is ongoing. *See, e.g.*, Will Conybeare, *Community devastated after congregant arrested during immigration raid on L.A. church grounds*, KTLA (Feb. 2, 2026) (reporting incident in which "federal immigration agents forced their way onto the grounds of a church during a food giveaway and arrested a man who church officials say helps with children's ministries," disrupting "the church's food distribution ministry," "an event for mothers and children," and "[c]hildcare and after school programs" and "caus[ing] significant trauma to members of [the] church"), https://perma.cc/9QVY-LQ4J.

Dated: February 3, 2026                                        Respectfully submitted,

                                                               */s/ Kevin E. Friedl*
Ryan Downer*                                                   Kevin E. Friedl*
Madeleine Gates*                                               Sarah Goetz*

2

WASHINGTON LAWYERS' COMMITTEE FOR
    CIVIL RIGHTS AND URBAN AFFAIRS
700 14th St. NW, Suite 400
Washington, DC 20005
ryan_downer@washlaw.org
madeleine_gates@washlaw.org
melissa_colon@washlaw.org

Richard J. Leveridge*
Sonia W. Murphy*
Brandon A. Levey*
Samone Ijoma*
Brittney M. Welch*
GILBERT LLP
700 Pennsylvania Ave. SE #400
Washington, DC 20003
Leveridger@gilbertlegal.com
Murphys@gilbertlegal.com
Leveyb@gilbertlegal.com
Ijomas@gilbertlegal.com
Welchb@gilbertlegal.com

Andrew Bookbinder*
J. Sterling Moore*
Mark B. Samburg
Ayesha Khan*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
kfriedl@democracyforward.org
sgoetz@democracyforward.org
abookbinder@democracyforward.org
smoore@democracyforward.org
msamburg@democracyforward.org
awiggins@democracyforward.org


*Admitted *pro hac vice*