**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

**New England Synod, Evangelical Lutheran Church in America,** *et al.*,

Plaintiffs,

**v.**

**Department of Homeland Security,** *et al.*,

Defendants.

Case No. 4:25-cv-40102-FDS

**NOTICE OF FILING IN COMPLIANCE WITH PRELIMINARY INJUNCTION, ECF 75**

In compliance with paragraph 7 of the Court's Preliminary Injunction, Plaintiffs respectfully submit a combined list of addresses of Plaintiffs' Places of Worship and Adjacent Protected Facilities. *See* Preliminary Injunction, ECF 75 at 5. Plaintiffs will separately provide this list in writing to counsel for Defendants. *Id.*

In total, Plaintiffs' congregations have more than 5,000 Places of Worship, to say nothing of their Adjacent Protected Facilities and surrounding areas. In order to ensure that the information provided reflects all of the protected areas of Plaintiffs' many member congregations, Plaintiffs anticipate seeking leave to supplement this list, including with additional Adjacent Protected Facilities associated with the Places of Worship identified today, in accordance with the procedures set forth in paragraph 9 of the Preliminary Injunction.

Dated: February 27, 2026

Respectfully submitted,

*/s/ Madeleine Gates*
Madeleine Gates*
Ryan Downer*
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th St. NW, Suite 400
Washington, DC 20005
ryan_downer@washlaw.org
madeleine_gates@washlaw.org

Kevin E. Friedl*
Sarah Goetz*
Andrew Bookbinder*
J. Sterling Moore*
Mark B. Samburg
Ayesha Khan*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
kfriedl@democracyforward.org
sgoetz@democracyforward.org
abookbinder@democracyforward.org
smoore@democracyforward.org
msamburg@democracyforward.org
akhan@democracyforward.org

Richard J. Leveridge*
Sonia W. Murphy*
Brandon A. Levey*
Samone Ijoma*
Brittney M. Welch*
GILBERT LLP
700 Pennsylvania Ave. SE #400
Washington, DC 20003
Leveridger@gilbertlegal.com
Murphys@gilbertlegal.com
Leveyb@gilbertlegal.com
Ijomas@gilbertlegal.com
Welchb@gilbertlegal.com

*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on 27th of February 2026, I electronically filed the foregoing pleading through the CM/ECF system, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

*/s/ Madeleine Gates*
Madeleine Gates