**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| NEW ENGLAND SYNOD, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | Civil Action No. 4:25-cv-40102-FDS |

**<u>NOTICE OF APPEAL</u>**

Defendants, United States Department of Homeland Security and Markwayne Mullin, in his official capacity as Secretary of Homeland Security, hereby appeal to the United States Court of Appeals for the First Circuit this Court's Preliminary Injunction entered on February 13, 2026.  *See* ECF Nos. 74–75.

Dated: April 14, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

  /s/ *Kristina A. Wolfe*
KRISTINA A. WOLFE (VA Bar No. 71570)
RICHARD C. GILES (WY Bar No. 8-7222)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.

Washington, D.C.  20530
Tel: 202-353-4519
Fax: 202-616-8470
Email:  Kristina.Wolfe@usdoj.gov
*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 14, 2026, the foregoing pleading was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

/s/ *Kristina A. Wolfe*
Kristina A. Wolfe
Senior Trial Counsel
United States Department of Justice
