# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: New England Synod, Evangelical Lutheran Church in America et al v. Department of Homeland Security et al

District Court Number: 4:25cv40102-FDS

Fee:   Paid?   Yes _____   No _____   Government filer _X_   *In Forma Pauperis* Yes _____   No _____

Motions Pending     Yes _X_ No _____          Sealed documents     Yes _____ No _X_
*If yes, document #*    86                    *If yes, document #*    _____

*Ex parte* documents     Yes _____ No _X_     Transcripts     Yes _X_ No _____
*If yes, document #*    _____         *If yes, document #*    61

Notice of Appeal filed by: Plaintiff/Petitioner _____   Defendant/Respondent _X_   Other: _____

Appeal from:

## #74 Memorandum and Order, #75 Preliminary Injunction Order
Other information:

　　I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #74, #75, and #87
with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # ___87___ filed on __April 14, 2026____.

　　In testimony whereof, I hereunto set my hand and affix the seal of this Court on __April 14, 2026__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**