**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

NEW ENGLAND SYNOD, *et al.*,

    Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

    Defendants.

Civil Action No. 4:25-cv-40102-FDS

**NOTICE OF PRODUCTION OF ADMINISTRATIVE RECORD**

Defendants, the United States Department of Homeland Security and Markwayne Mullin,[1] Secretary of Homeland Security, hereby give notice that they have provided the Administrative Record for the January 20, 2025, Memorandum titled "Enforcement Actions in or Near Protected Areas" signed by then-Acting Secretary of Homeland Security Benjamine C. Huffman to Plaintiffs. Defendants also give notice that they have provided the Administrative Record for the January 31, 2025, Memorandum titled "Common Sense Enforcement Actions in or Near Protected Areas" signed by then-Acting Director Caleb Vitello to Plaintiffs. Attached to this Notice is an index and certification of the contents of each Administrative Record.

---

[1] The Complaint names as a Defendant Kristi Noem in her official capacity as then-Secretary of Homeland Security. Under Federal Rule of Civil Procedure 25(d), Markwayne Mullin, current Secretary of Homeland Security, is automatically substituted as a Defendant.

Dated: April 17, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

 /s/ *Kristina A. Wolfe*
KRISTINA A. WOLFE (VA Bar No. 71570)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
(202) 353-4519
Kristina.Wolfe@usdoj.gov
*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, the foregoing pleading was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

/s/ *Kristina A. Wolfe*
Kristina A. Wolfe
Senior Trial Counsel
United States Department of Justice

3