# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

NEW ENGLAND SYNOD, *et al.*,

    Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

    Defendants.

Civil Action No. 4:25-cv-40102-FDS

## ~~[PROPOSED]~~ ORDER

Upon Consideration of the Parties' Joint Motion for a Scheduling Order Governing Further Proceedings it is hereby

**ORDERED** that the Motion is **GRANTED**. The following schedule shall govern these proceedings:

- Defendants shall produce the administrative record on or before April 17, 2026;

- Plaintiffs shall file an amended complaint on or before June 4, 2026;

- Defendants shall respond to Plaintiffs' amended complaint 30 days after the Court's ruling on the Parties' cross motions for summary judgment, to the extent a response is necessary;

- Plaintiffs shall file a motion for summary judgment on or before June 18, 2026;

- Defendants shall file a combined response to Plaintiffs' motion for summary judgment and a cross-motion for summary judgment on or before July 23, 2026;

- Plaintiffs shall file a combined reply to Defendants' response to Plaintiffs' motion for summary judgment and a response to Defendants' cross-motion for summary judgment on or before August 27, 2026;

- Defendants shall file a reply to Plaintiffs' response to cross-motion for summary judgment on or before September 24, 2026.

It is further **ORDERED**, that the Parties may file memoranda in support of their cross-motions for summary judgment in excess of the page limitations set forth in Local Rule 7.1(b)(3) as set forth below:

- Plaintiffs shall file a brief of not more than forty (40) pages in support of summary judgment;

- Defendants shall file a brief of not more than forty (40) pages in opposition to Plaintiffs' motion for summary judgment and in support of their cross-motion for summary judgment;

- Plaintiffs shall file a brief of not more than forty (40) pages in reply to Defendants' opposition and in response to Defendants' cross-motion for summary judgment;

- Defendants shall file a brief of not more than twenty-five (25) pages in reply to Plaintiffs' response to Defendants' cross-motion for summary judgment.

It is further **ORDERED** that the Parties are granted leave to forego submitting a concise statement of the material facts of record as to which the moving party contends there is no genuine issue to be tried, with page references to affidavits, depositions and other documentation, as required by Local Rule 56.1.

SO ORDERED this 22nd day of April 2026.

2

F. Dennis Saylor, IV
United States District Judge