**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

**New England Synod, Evangelical Lutheran Church in America,** *et al.*,

Plaintiffs,

v.

**Department of Homeland Security,** *et al.*,

Defendants.

**Case No. 4:25-cv-40102-FDS**

**HEARING SCHEDULED OCTOBER 14, 2026**

## MOTION FOR SUMMARY JUDGMENT

Plaintiffs—twenty-two religious organizations representing congregations in Massachusetts and across the country—move for summary judgment on all claims under Federal Rule of Civil Procedure Rule 56.

As explained in the accompanying memorandum, Defendants have rescinded longstanding restrictions on carrying out immigration-enforcement operations such as arrests, searches, and surveillance at houses of worship and other areas of religious practice, leaving it to their agents and employees' uncabined discretion to determine when such operations are appropriate. That rescission was neither reasonable nor reasonably explained, including because Defendants failed to consider any of the many severe harms their decision would unleash. Since the change in policy, DHS agents have carried out numerous operations at or near houses of worship, sowing fear among worshippers and others who come to receive vital social services and substantially burdening the fundamental rights of free exercise and expressive association of Plaintiffs, their members, and countless others.

For these reasons and others, Defendants' actions violate the Religious Freedom Restoration Act, First Amendment, and Administrative Procedure Act. Because there are no genuine disputes of material fact and Plaintiffs are entitled to judgment as a matter of law, the Court should enter summary judgment for Plaintiffs and issue appropriate relief as set forth in the attached proposed order.

Dated: June 18, 2026

Respectfully submitted,

*/s/ Kevin E. Friedl*

Kevin E. Friedl*
Sarah Goetz*
Andrew Bookbinder*
J. Sterling Moore*
Mark B. Samburg
Ayesha Khan*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
kfriedl@democracyforward.org
sgoetz@democracyforward.org
abookbinder@democracyforward.org
smoore@democracyforward.org
msamburg@democracyforward.org
akhan@democracyforward.org

Ryan Downer*
Madeleine Gates*
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th St. NW, Suite 400
Washington, DC 20005
ryan_downer@washlaw.org
madeleine_gates@washlaw.org

Richard J. Leveridge*
Sonia W. Murphy*
Brandon A. Levey*
Samone Ijoma*
Brittney M. Welch*
GILBERT LLP
700 Pennsylvania Ave. SE #400
Washington, DC 20003
Leveridger@gilbertlegal.com
Murphys@gilbertlegal.com
Leveyb@gilbertlegal.com
Ijomas@gilbertlegal.com
Welchb@gilbertlegal.com

*Admitted *pro hac vice*

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

Prior to filing this motion, I conferred with counsel for Defendants and attempted in good faith to resolve or narrow the issues raised. The parties were unable to resolve or narrow the issues, and Defendants oppose the relief requested.

*/s/ Kevin E. Friedl*
Kevin E. Friedl