**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NEW ENGLAND SYNOD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants | Civil Action No. 4:25-cv-40102-FDS |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Motion for Summary Judgment, Defendants' Cross-Motion for Summary Judgment, the parties' oppositions and reply briefs to these motions, and the entire record herein, IT IS HEREBY

ORDERED that Plaintiffs' Motion for Summary Judgment is DENIED and Defendants' Cross-Motion for Summary Judgment is GRANTED.

SO ORDERED this_______ day of July 2026.

______________________________
F. Dennis Saylor, IV
United States District Judge