# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

NEW ENGLAND SYNOD, *et al.*,

    Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    Defendants

Civil Action No. 4:25-cv-40102-FDS

Hearing Scheduled October 14, 2026

## DEFENDANTS' CONSOLIDATED
## CROSS MOTION FOR SUMMARY JUDGMENT AND
## MOTION TO SEVER ON GROUNDS OF IMPROPER JOINDER

Defendants, United States Department of Homeland Security and Markwayne Mullin, in his official capacity as Secretary of Homeland Security, respectfully move this Court to enter summary judgment for Defendants. Defendants also respectfully move this Court to sever certain Plaintiffs on grounds of improper joinder. These motions are accompanied by a memorandum of points and authorities and a proposed order.

Dated: July 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Kristina A. Wolfe*
KRISTINA A. WOLFE (VA Bar No. 71570)
Assistant Branch Director
RICHARD C. GILES (WY Bar No. 8-7222)
Trial Attorney
U.S. Department of Justice

Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20530
(202) 353-4519
Kristina.Wolfe@usdoj.gov

*Counsel for Defendants*

**LOCAL RULE 7.1(A)(2) CERTIFICATION OF COMPLIANCE**

I hereby certify that prior to filing Defendants' Cross-Motion for Summary Judgment and Motion to Sever on Grounds of Improper Joinder, counsel for Defendants conferred with counsel for Plaintiffs and attempted in good faith to narrow the issues raised. The parties were unable to reach agreement, and Plaintiffs oppose the relief requested.

/s/ *Kristina A. Wolfe*
Kristina A. Wolfe
Assistant Branch Director
United States Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2026, the foregoing pleading was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

/s/ *Kristina A. Wolfe*
Kristina A. Wolfe
Assistant Branch Director
United States Department of Justice

3