# Exhibit 3


University Baptist Church
Measure distance
Click on the map to add to your path
Total distance: 77.81 ft (23.72 m)
50.00 ft
77.81 ft
13th Ave SE
13th Ave SE
13th Ave SE
13th Ave SE