# Exhibit 4

DEMOCRACY FORWARD

**Kevin Friedl <kfriedl@democracyforward.org>**

## New England Synod v DHS, 4:25-cv-40102 (D. Mass.) - time-sensitive request for information

**Kevin Friedl** <kfriedl@democracyforward.org> Wed, Aug 19, 2026 at 2:32 PM
To: "Giles, Richard C (CIV)" <Richard.C.Giles@usdoj.gov>
Cc: "Wolfe, Kristina (CIV)" <Kristina.Wolfe@usdoj.gov>, "Murphy, Sonia" <MurphyS@gilbertlegal.com>, Madeleine Gates <madeleine_gates@washlaw.org>

Received - thank you.

Kevin

On Wed, Aug 19, 2026 at 2:29 PM Giles, Richard C (CIV) <Richard.C.Giles@usdoj.gov> wrote:

> Kevin,
>
> Defendants oppose the motion.
>
> **Richard (Cody) Giles**
>
> Trial Attorney, U.S. Department of Justice
>
> Civil Division, Federal Programs Branch
>
> Richard.C.Giles@usdoj.gov
>
> p 202-598-7598 | f 202-616-8470
>
> ---
>
> **From:** Kevin Friedl <kfriedl@democracyforward.org>
> **Sent:** Wednesday, August 19, 2026 9:09 AM
> **To:** Giles, Richard C (CIV) <Richard.C.Giles@usdoj.gov>
> **Cc:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Murphy, Sonia <MurphyS@gilbertlegal.com>; Madeleine Gates <madeleine_gates@washlaw.org>
> **Subject:** Re: [EXTERNAL] Re: New England Synod v DHS, 4:25-cv-40102 (D. Mass.) - time-sensitive request for information
>
> Cody,
>
> Thank you for your response. We strongly disagree with that understanding of the Court's order and believe these were clear violations of the order. We are also extremely disturbed by DHS's refusal to confirm whether it has conducted additional enforcement operations at the church. We expect to file a motion for an order to show cause why Defendants should not be held in contempt for violations of the order, and asking the Court to give the matter expedited consideration. If you could please confirm the government's position on that motion by 3 pm today, we would greatly appreciate it. If there is any additional information you would like to provide, we would of course be happy to consider that, and we are also available for a call if there is anything that would be helpful to discuss.
>
> Kevin

On Tue, Aug 18, 2026 at 7:04 PM Giles, Richard C (CIV) <Richard.C.Giles@usdoj.gov> wrote:

Kevin,

See our response to your inquires below:

1. Whether you acknowledge or dispute the above account of events and, if you dispute it, the basis for that dispute;

Defendants acknowledge the DHS HSI reports of investigation you have provided (see the attached exhibits above) are accurate. Defendants clarify that University Baptist Church was not the target of the investigation. The investigation targeted certain non-aliens suspected of committing or conspiring to commit a Title 18 criminal offense against officers of the United States.

2. Whether Defendants' position is that the above-described incident was consistent with the Court's preliminary injunction order and, if so, the basis for that position (e.g., the existence of some specified exigent circumstance);

The HSI investigations were consistent with the Court's preliminary injunction. The preliminary injunction states: "Absent Exigent Circumstances, Defendants shall not take Immigration Enforcement Action In a Protected Area. Absent either Exigent Circumstances or Prior Approval, Defendants shall not take Immigration Enforcement Action Near a Protected Area." PI Or., ECF No. 75 ¶¶ 2–3. An Immigration Enforcement Action is defined as "any action by Defendants that is planned, conducted, undertaken, or executed, in whole or in part, to enforce the immigration laws of the United States, including any arrest, seizure, search, interrogation, questioning, interview, or investigation." *Id.* ¶ 1(i). The HSI investigations were not planned nor undertaken to enforce the immigration laws of the United States as set forth in Title 8 of the United States Code. Rather, as stated in the HSI reports, the HSI investigations were related to alleged Title 18 criminal offenses. *See* Ex. 19 at 1 (stating "ongoing incidents of demonstrations of civil unrest have occurred in the Minneapolis, MN area. Some individuals have exploited these incidents to engage in criminal activity, including impeding law enforcement, assault against law enforcement officers, and damage to property. [HSI] St. Paul has opened an investigation into instances where individuals and organized networks have exploited events to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempt to impede federal operations. **This investigation is focused on identifying and disrupting sophisticated, organized campaigns supporting and engaging in this behavior and to prevent such unlawful activities**[.]") (emphasis added); *see also* Additional DHS Investigative Reports at 1 (same).

The indictments stemming from these investigations further show they were not intended to enforce immigration laws. *See* Indictment, ECF No. 1, *USA v. Sant, et al.*, Case No. 0:26-cr-00115 (D. Minn. June 11, 2026) (containing eight counts: Count 1—Conspiracy to Impede or Injure a Federal Officer, Violation of 18 U.S.C. § 372; Count 2—Solicitation to Commit a Crime of Violence, Violation of 18 U.S.C. § 373; Count 3—Interstate Threats, Violation of 18 U.S.C. § 115(a)(1)(B); Count 4—Interstate Stalking, Violation of 18 U.S.C. § 2261A(1)(B); Count 5—Interstate Stalking, Violation of 18 U.S.C. § 2261A(1)(B); Count 6—Assault on a Federal Officers, Violation of 18 U.S.C. § 111(a)(1); Count 7—Destruction of Government Property, Violation of 18 U.S.C. § 1361; Count 8—Assault on a Federal Officer, Violation of 18 U.S.C. § 11(a)(1)).

3. Of all other investigative and/or enforcement actions undertaken by DHS, its agents and appointees, and all other persons in active concert with them with respect to University Baptist Church since the commencement of this litigation; and

Defendants cannot confirm at this time whether the two investigations attached above are the only criminal investigations which occurred at University Baptist Church.

To the extent Plaintiffs request further DHS HSI reports or similar documents, those materials are law enforcement sensitive and Defendants will not provide them.

4. What specific steps DHS and its subcomponents have taken to disseminate to agents information about the Court's preliminary injunction, the list of protected locations provided by Plaintiffs, and the restrictions on carrying our immigration enforcement actions at those locations.

Defendants take their obligations under the Court's preliminary injunction order seriously and have, and will continue, to take appropriate steps to ensure compliance. ICE has disseminated the original and updated list of locations to all ERO and HSI personnel along with a copy of the preliminary injunction and instructions on how to apply the order.

**Richard (Cody) Giles**

Trial Attorney, U.S. Department of Justice

Civil Division, Federal Programs Branch

Richard.C.Giles@usdoj.gov

p 202-598-7598 | f 202-616-8470

---

**From:** Kevin Friedl <kfriedl@democracyforward.org>
**Sent:** Monday, August 17, 2026 1:55 PM
**To:** Giles, Richard C (CIV) <Richard.C.Giles@usdoj.gov>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>
**Cc:** Murphy, Sonia <MurphyS@gilbertlegal.com>; Madeleine Gates <madeleine_gates@washlaw.org>
**Subject:** [EXTERNAL] Re: New England Synod v DHS, 4:25-cv-40102 (D. Mass.) - time-sensitive request for information

Kristina and Cody,

DHS documents filed in the same case indicate that DHS conducted additional surveillance outside the same church on Sunday, April 12; Sunday, April 19; and Thursday, June 11. See attached. In your response tomorrow, please also address these three operations, including stating your position whether they were consistent with the preliminary injunction and, if so, the basis for that position.

Thank you,

Kevin

On Sat, Aug 15, 2026 at 5:12 PM Kevin Friedl <kfriedl@democracyforward.org> wrote:

> Kristina and Cody,
>
> As you may have seen, the press is reporting on recent filings in another case that appear to indicate that DHS carried out undercover operations inside University Baptist Church, a member of Plaintiff Alliance of Baptists and a designated

"protected area" under the Court's preliminary injunction. See the attached DHS report of investigation as well as, for example, Jon Collins, *Feds spying in Minneapolis church may have violated court order*, MPRNews (Aug. 15, 2026), https://www.mprnews.org/story/2026/08/15/federal-surveillance-of-minneapolis-church-may-have-violated-court-order. The gym described in DHS's report of investigation is located inside the church building at 1219 University Avenue SE in Minneapolis that is designated a protected area. The operation described in the report occurred on May 28, 2026, long after the preliminary injunction had gone into effect.

Needless to say we are extremely concerned about this incident and any other surveillance of the church that may have occurred. This appears to constitute a clear violation of the Court's order.

Please inform us

- Whether you acknowledge or dispute the above account of events and, if you dispute it, the basis for that dispute;
- Whether Defendants' position is that the above-described incident was consistent with the Court's preliminary injunction order and, if so, the basis for that position (e.g., the existence of some specified exigent circumstance);
- Of all other investigative and/or enforcement actions undertaken by DHS, its agents and appointees, and all other persons in active concert with them with respect to University Baptist Church since the commencement of this litigation; and
- What specific steps DHS and its subcomponents have taken to disseminate to agents information about the Court's preliminary injunction, the list of protected locations provided by Plaintiffs, and the restrictions on carrying our immigration enforcement actions at those locations.

Please respond promptly, but no later than Tuesday, August 18. We are prepared to take appropriate action to bring this to the Court's attention, depending on the information you provide.

Thank you,

Kevin

**Kevin Friedl**
Senior Counsel
Democracy Forward

(202) 894-6035
kfriedl@democracyforward.org
democracyforward.org

**NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.**