**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

**New England Synod, Evangelical Lutheran Church in America**, *et al.*,

Plaintiffs,

**v.**

**Department of Homeland Security**, *et al.*,

Defendants.

**Case No. 4:25-cv-40102-FDS**

**Declaration of Jean E. Lubke**

I, Jean E. Lubke, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am a member of University Baptist Church in Minneapolis, Minnesota, and served as President of the Church during the fiscal year of July 1, 2025, through June 30, 2026.

2. University Baptist Church is a member of Alliance of Baptists and American Baptist Churches USA, both plaintiffs in this litigation.

3. Pursuant to the Court's preliminary injunction order, on February 27, 2026, Plaintiffs provided DHS a list of Protected Areas in and around the churches covered by the preliminary injunction. University Baptist Church was included on that list of Protected Areas. *See* ECF No. 78-1 at 119.

4. On March 11, 2026, the Church prominently posted signs at all main exterior entrances stating: "These Premises are a Protected Area Pursuant to Federal Court Order in New England Synod v. Department of Homeland Security, Case No. 4:25-cv-40102-FDS."

5. A true and correct copy of this signage is attached as Exhibit A to this Declaration.

6. That signage was in addition to other signage—which University Baptist Church created and placed prominently by the main sidewalk to the front of the church in January 2026—warning that the space was not open to federal agents.

7. A true and correct image of this signage is attached as Exhibit B to this Declaration.

8. Last week, Church staff became aware via DHS documents filed in separate litigation that immigration agents with DHS had conducted undercover operations at the Church.

9. Those documents reveal that on May 28, 2026, an undercover DHS agent infiltrated a class being held in the Church gymnasium, surveilling and recording attendees for approximately two hours. The gymnasium is located within the Church building, in the basement immediately below the sanctuary.

10. I and other members of the Church have since learned, through additional DHS documents filed in the same case, of two other operations at the Church.

11. Those documents reveal that on April 12, 2026—a Sunday—DHS agents surveilled the Church for roughly two hours, noting when individuals entered and exited from the Church building and from the Church's parking lot.

12. Those documents further reveal that on April 19, 2026—also a Sunday—DHS agents again surveilled the Church for more than three hours, taking pictures of the Church and again observing who came in and out.

13. The signage attached as Exhibits A and B was posted and easily visible at the time of all three of these DHS operations.

14. At the start of worship services this Sunday, August 16, our interim pastor had to begin by addressing what had happened, although many congregants had already seen news reports about it.

15. We have been shocked and upset to discover that DHS not only has been watching people coming and going from the Church, and not only has been doing so on Sundays, but has even entered the Church building itself in order to make recordings and surveil people inside. This is a complete violation of our sacred space. The Church is meant to be a place of sanctuary and safety—not infiltration by government agents.

Dated: 8/19/2026

Jean E. Lubke

Jean E. Lubke, Ph.D.

# Exhibit A

# NOTICE

These Premises
are a Protected Area
Pursuant to Federal Court Order
in New England Synod v.
Department of Homeland Security,
Case No. 4:25-cv-40102-FDS

Alliance
of Baptists

# Exhibit B


FEDERAL AGENTS NOT PERMITTED ON PREMISES
Federal Agents (ICE, DEA, ATF, CBP, or any other agent or agency) may not enter*, park, or stage on this property. No Trespassing. Violators will be towed.
*Entry requires a valid warrant authorizing access to this property by name and address, identifying the person or items sought, signed by a judge within the past 10 days