**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| **New England Synod, Evangelical Lutheran Church in America**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**Department of Homeland Security**, *et al.*,<br><br>Defendants. | **Case No. 4:25-cv-40102-FDS** |

**DECLARATION OF KEVIN E. FRIEDL**

I, Kevin E. Friedl, declare as follows:

1. I am an attorney at Democracy Forward Foundation, counsel for Plaintiffs. I submit this declaration in support of Plaintiffs' Notice of Defendants' Non-Compliance and Motion for Order to Show Cause and for Expedited Consideration.

2. Exhibit 1 is a true and correct copy of a DHS report of investigation, which Democracy Forward obtained from the public docket of *United States v. Sant*, No. 26-cr-115 (D. Minn. Aug. 13, 2026) (ECF No. 212-19).

3. Exhibit 2 is a true and correct copy of three DHS reports of investigation, which Democracy Forward obtained from the public docket of *United States v. Sant*, No. 26-cr-115 (D. Minn. Aug. 14, 2026) (ECF Nos. 217, 217-1, 217-2).

4. Exhibit 3 is a true and correct copy of a measurement created by Democracy Forward using the "Measure distance" function on Google Maps, http://maps.google.com, reflecting the distance from the front entrance of University Baptist Church to a point in the adjacent library parking lot.

5. Exhibit 4 is a true and correct copy of email correspondence between counsel for Plaintiffs and counsel for Defendants concerning the subject of this motion.

6. Exhibit 5 is a true and correct copy of the criminal indictment in *United States v. Sant*, which Democracy Forward obtained from the public docket of that case, No. 26-cr-115 (D. Minn. Jun. 11, 2026) (ECF No. 1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2026

Kevin Friedl
Kevin E. Friedl