**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| **New England Synod, Evangelical Lutheran Church in America**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**Department of Homeland Security**, *et al.*,<br><br>Defendants. | **Case No. 4:25-cv-40102-FDS** |

**DECLARATION OF J. STERLING MOORE**

I, J. Sterling Moore, declare as follows:

1. I am an attorney at Democracy Forward Foundation, counsel for Plaintiffs. I submit this declaration in support of Plaintiffs' Notice of Supplemental Development.

2. A true and correct copy of the Government's Consolidated Response to Defendant's Motion for Discovery Under Rule 16 and *Brady/Giglio* in *United States v. Sant*, which Democracy Forward obtained from the public docket of that case, No. 26-cr-115 (D. Minn. Aug. 21, 2026) (ECF No. 227), is attached to Plaintiffs' Notice of Supplemental Development and is Exhibit 6 to Plaintiffs' Notice of Defendants' Non-Compliance and Motion for Order to Show Cause and for Expedited Consideration (ECF 117).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 23, 2026

Sterling Moore
J. Sterling Moore