# Exhibit 90

[Video filed with Court. *See* Notice of Filing (Aug. 27, 2026).]