Exhibit 91

Docusign Envelope ID: AF8A9784-1402-86AB-8303-6B47999A44F2

I, Dean Caldwell-Tautges, declare under penalty of perjury as follows:

1. I am an Administrator at Calvary Baptist Church, a member church of American Baptist Churches USA ("ABC USA"). I have served in this role since 2019 and have been involved with Calvary Baptist Church for 18 years. I have held various prior leadership roles in the Church including Elder Board Chair.
2. I submitted a declaration in Support of Plaintiffs' Motion for Summary Judgment on June 17, 2026. *See* Exhibit 89.
3. The ICE enforcement action described in my prior statement was videotaped by the grandparent of a preschool student at Whittier Wildflowers Preschool. As Church Administrator, I received video of the incident that is referenced and described in paragraphs 7-9 of my declaration via text message, from Carol Engelhart, who is a church member and Lead of the Faith & Justice Team at Calvary Baptist Church.
4. Carol Engelhart received the video from the grandparent of preschooler. This individual was present during the incident and took the video footage on her cell phone.
5. I shared that video with counsel at Gilbert LLP via email on June 15, 2026.

Minneapolis, Minnesota
August 26, 2026

Dean Caldwell-Tautges

Signed by:
DEAN CALDWELL-TAUTGES
BE9B69F388CB498...