**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

**New England Synod, Evangelical Lutheran Church in America,** *et al.*,

Plaintiffs,

v.

**Department of Homeland Security,** *et al.*,

Defendants.

**Case No. 4:25-cv-40102-FDS**

# NOTICE OF ERRATA

Plaintiffs file this notice to correct one exhibit previously submitted in support of their Motion for Summary Judgment. In filing that motion and supporting materials, Plaintiffs inadvertently submitted an older version of Pastor Edwin Aparicio's declaration, Ex. 40 (ECF No. 111-40). With this notice, Plaintiffs tender the correct version of that declaration, executed on June 17, 2026, which includes two additional paragraphs (22 and 23) cited in Plaintiffs' motion, in addition to other minor changes.

Dated: August 27, 2026

Respectfully submitted,

*/s/ Kevin E. Friedl*
Kevin E. Friedl*
J. Sterling Moore*
Sarah Goetz*
Andrew Bookbinder*
Mark B. Samburg
Ayesha Khan*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426

Ryan Downer*
Madeleine Gates*
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th St. NW, Suite 400
Washington, DC 20005
ryan_downer@washlaw.org
madeleine_gates@washlaw.org

Richard J. Leveridge*
Sonia W. Murphy*

Brandon A. Levey*
Samone Ijoma*
Brittney M. Welch*
GILBERT LLP
700 Pennsylvania Ave. SE #400
Washington, DC 20003
Leveridger@gilbertlegal.com
Murphys@gilbertlegal.com
Leveyb@gilbertlegal.com
Ijomas@gilbertlegal.com
Welchb@gilbertlegal.com

kfriedl@democracyforward.org
smoore@democracyforward.org
sgoetz@democracyforward.org
abookbinder@democracyforward.org
msamburg@democracyforward.org
akhan@democracyforward.org

*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

On August 27, 2026, I served the foregoing on all parties by electronically filing it through the CM/ECF system.

*/s/ Kevin E. Friedl*
Kevin E. Friedl