# Exhibit 40

I, Edwin Aparicio, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am a co-pastor at Ascension Lutheran Church in Waukesha, Wisconsin.

2. I have been affiliated with the church since 2013.

3. I have been a pastor at the church for two years. I serve the congregation along with two other pastors.

4. Ascension Lutheran is a member church of the Greater Milwaukee Synod (the "Synod"). It is one of five congregations participating in the Latino Strategy Ministry Team ("Latino Strategy"). The Latino Strategy Ministry Team was formalized through a resolution passed by the Synod Council. The purpose of the Latino Strategy is to share the joys, sorrows, and challenges we face in our journey with our ministries. We support one another in local activities and work together to find new ways to strengthen our religious practice and our communities. The Latino Strategy meets regularly to discuss issues impacting our ministries. Through these meetings, I've had an opportunity to hear from pastors regarding issues their congregants are facing.

5. I previously served on the Synod Council for the Greater Milwaukee Synod, which is the "Board of Directors for the Synod and serves as its interim legislative authority in between meetings of the Synod Assembly."

6. The information included in this declaration is based on knowledge I have obtained through my work as a pastor at Ascension Lutheran Church and through my leadership role with the Latino Ministry Strategy Team of the Greater Milwaukee Synod.

7. Ascension Lutheran has a membership of approximately 800 people. 55 of our members participate in the Latino ministry. Through this ministry, we offer worship in Spanish simultaneously with an English-language service.

8. The congregation at Ascension Lutheran includes immigrant populations from countries, such as El Salvador, Colombia, Venezuela, Guatemala, Honduras, and Mexico. Some of those individuals are documented, and some are not.

9. Many of our congregants confide in me and have expressed concern about the potential for ICE raids at the church or in the surrounding area. When one of my congregants was arrested by ICE in May 2025—just 10 minutes away from the church—some families refused to participate in worship the following Sunday due to fear that ICE could detain them at church. There was a noticeable decrease in attendance after that event.

10. In response, the church hosted a prayer vigil. My co-pastors and I agreed to send a message to the families who participate in our Latino ministry letting them know that they should not attend due to safety concerns. Just three days prior to these events, the church had a Pupusa[1] fundraiser, and so my congregation went from celebrating Latino communities to encouraging them to miss church activities because of fear that ICE may show up. In many ways, congregants of all backgrounds are missing out on or otherwise being deprived of the cross-cultural/multi-cultural connection that is foundational to the Lutheran church.

---

[1] Ascension describes itself as a "faith community that welcomes, supports, walks with, and identifies in many ways with immigrants." One of these many ways is through Pupusa Fest, which also serves as a fundraiser for the church, where visitors can buy pupusas and see the church's facilities. Pastor Edwin, *Mathew 25*, ASCENSION LUTHERAN CHURCH (June 2, 2025), https://ascensionelca.org/matthew-25/ (on file with author) (last visited July 22, 2025).

11. On Saturday, June 21, 2025, ICE was in Waukesha again. This time, they were spotted just three blocks away from the church. Again, church members told me that were fearful and concerned about ICE's proximity to the church. Some worshippers reported to me that they feared that ICE might invade the church building.

12. As a result of the changes to the sensitive locations policy, we have made several changes to the way we participate in our ministry. We have designated a U.S. citizen to stand at the sanctuary entrance to prevent ICE from entering the sanctuary, should they show up. In Summer 2025, we had planned to hold outdoor family events on the church grounds. Due to the rescission of the sensitive locations policy, we decided to cancel many of them, particularly those that were expected to take place outside. Some events were held inside the church with the doors closed, which is inconsistent with the principles of our faith which require us to welcome our neighbors.

13. We had outdoor events scheduled for the winter on the church grounds that we considered cancelling, if the policy change remained in effect. We did move forward with Las Posadas—a vibrant Mexican Christmas tradition celebrated from December 16-24. These types of activities bring families from diverse backgrounds together as a Christian community. We ultimately decided to move forward with that event despite the great risk, because the continued cancellation of church activities due to fears of ICE presence harmed our place of worship and our ability to worship cross-culturally. However, the event was not as well attended as it had been in the past because of fears of ICE presence.

14. Other congregations in the Latino Strategy are reporting similar fears and changes.

15. One congregation from Racine, Wisconsin, with approximately 60 percent Hispanic membership (about 45 percent of those individuals are immigrants) informed me that they had to cancel a church-sponsored summer camp for children because of fear of ICE's coming on church grounds, and questioning the children of immigrants.

16. The same congregation reported that an outdoor event scheduled for May 5 was quietly moved to the church basement to allow congregants who were concerned about ICE presence outside the church to still participate in the event.

17. A pastor from another congregation in Milwaukee that participates in the Latino Strategy reported that many immigrant families are not attending church due to fear of ICE raids at the church. Church attendance is estimated to have dropped by a staggering 50 percent in the last few months, especially at Mass. One South American couple and their US-born son are not attending church for worship because they have received a communication from Customs and Border Patrol threatening deportation, and they worry that they could face detainment at Sunday service.

18. This church also hosts a food-pantry as part of their ministry. The number of people participating in the food pantry has decreased by roughly 30 percent. The food pantry—which used to take place outside—has been moved inside, behind closed doors due to fear of ICE presence in the surrounding area during these types of church activities.

19. Multiple congregations have reported that they have had to maintain a more watchful eye at the entrance of the church. Pastors and congregants are generally more skeptical of newcomers at worship because of the rescission of the sensitive locations policy.

20. Some of the congregants at another church in the Latino Strategy learned of ICE presence just two blocks away from the church, and as a result, they elected to stay home and not attend worship the following Sunday. Three families from this same congregation opted for private baptisms and weddings in the church basement, which has no public entrance. These families did not feel safe publicizing these momentous occasions, but still wanted to celebrate as a family with their pastor. The private events allowed them to do so in a safer manner.

21. Some of our congregations have cancelled food pantries altogether because they do not feel it is safe for their congregants or other community members who may not attend the church, but rely on the pantry. One congregation has even discussed changing the day and time of Mass to ward off ICE.

22. Since the Preliminary Injunction was granted in February 2026, I have felt more comfortable hosting larger events at Ascension. We intended to cancel our Holy Week celebration (which typically includes an outdoor procession) in April of this year but upon learning of the Court's order, we decided to move forward with the event. We had a good turn out because our congregants were aware of the order and expressed to me that they felt less fearful because ICE could not raid the event.

23. One congregant in particular expressed to me that she felt a renewed sense of safety because of the Preliminary Injunction. Previously, she was afraid to drive to church or go to work, and even bought a one-way plane ticket back to her home country because she was so fearful of potential ICE detention. ICE coming to the church, in particular, was a big fear of hers. She has since started coming to worship more regularly again.

Waukesha, Wisconsin
June 17, 2026

Edwin Aparicio