**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

**New England Synod, Evangelical Lutheran Church in America,** *et al.*,

Plaintiffs,

v.

**Department of Homeland Security,** *et al.*,

Defendants.

**Case No. 4:25-cv-40102-FDS**

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that a USB flash drive containing a digital copy of a video titled "Exhibit 90 – Calvary Church Arrest" has been manually filed with the Court. An identical digital copy of the video will be provided to counsel for Defendants. The USB flash drive is available in the case file in the Clerk's Office.

Dated: August 26, 2026

Respectfully submitted,

*/s/ J. Sterling Moore*

J. Sterling Moore*
Kevin E. Friedl*
Sarah Goetz*
Andrew Bookbinder*
Mark B. Samburg
Ayesha Khan*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
smoore@democracyforward.org
kfriedl@democracyforward.org
sgoetz@democracyforward.org

Ryan Downer*
Madeleine Gates*
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th St. NW, Suite 400
Washington, DC 20005
ryan_downer@washlaw.org
madeleine_gates@washlaw.org

Richard J. Leveridge*
Sonia W. Murphy*
Brandon A. Levey*
Samone Ijoma*
Brittney M. Welch*

GILBERT LLP
700 Pennsylvania Ave. SE #400
Washington, DC 20003
Leveridger@gilbertlegal.com
Murphys@gilbertlegal.com
Leveyb@gilbertlegal.com
Ijomas@gilbertlegal.com
Welchb@gilbertlegal.com

abookbinder@democracyforward.org
msamburg@democracyforward.org
akhan@democracyforward.org

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

On August 27, 2026, I served the foregoing on all parties by electronically filing it through the CM/ECF system.

*/s/ J. Sterling Moore*
J. Sterling Moore