**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

NEW ENGLAND SYNOD, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

Civil Action No. 4:25-cv-40102-FDS

**DECLARATION OF JOHN ZAPPONE**

I, John Zappone, declare as follows:

1. I am an Assistant Special Agent in Charge (ASAC) with U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I am an investigator or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), who is empowered by law as a customs officer under 19 U.S.C. § 1589a to conduct investigations of, and to make arrests for, offenses against the United States, including those enumerated in 18 U.S.C. § 2516. I have been a Special Agent (SA) with HSI since 2004. My current responsibilities include serving as a senior management official, assisting the Special Agent in Charge (SAC) and Deputy Special Agent in Charge (DSAC) in overseeing operations, personnel, and investigative activities within the Tucson, Arizona field office and area of operations. I am responsible for supervising subordinate managers, special agents, support staff and have oversight of investigations into criminal and administrative offenses within my assigned division. I have served in this position since July of 2025 and was assigned

temporary duty to the HSI office in St. Paul, Minnesota from January 2026 until June 2026. While in St. Paul, I was assigned oversight of criminal investigations targeting organized criminal activity of agitators towards federal law enforcement and support personnel in St. Paul, Minnesota.

2. I am aware the Court issued a preliminary injunction in the above-captioned lawsuit. I received a copy of the Court's preliminary injunction with instructions on how to apply the order on February 28, 2026, via email. Attached to the email were copies of the preliminary injunction and a list of protected areas, including places of worship and specified adjacent protected facilities and adjacent protected areas that are covered by the preliminary injunction. True and correct copies of the preliminary injunction and list are attached as Exhibits A and B.

3. I received a second email containing a copy of the Court's preliminary injunction with instructions on how to apply the order on May 13, 2026. The email attached an amended list of protected areas, which includes places of worship and specified adjacent protected facilities and adjacent protected areas covered by the Court's preliminary injunction. The instructions mirrored the original instructions I received on February 28, 2026, but notified personnel that the list of places of worship covered by the preliminary injunction had been amended. A true and correct copy of the new list is attached as Exhibit C.

4. On February 11, 2026, HSI began Project Whipple Shield (hereafter the "Project"). The Project investigated an organization calling itself "Twin Cities Direct Action" ("TCDA") which later changed its name to "Direct Action Minnesota" ("DAMN"), who allegedly exploited incidents of demonstrations and civil unrest both before and during Operation Metro Surge in the Minneapolis, MN area to engage in acts of violence, destruction of property, intimidation of federal officers and employees, and attempts to impede federal operations in violation of Title 18 of the U.S. Code.

5. The Project's purpose was not to enforce the immigration laws of the United States, as contained in Title 8 of the U.S. Code. No immigration enforcement activity under Title 8 was taken pursuant to the Project. The Project culminated with indictments on June 11, 2026, and arrests of 15 subjects on June 16, 2026, on federal criminal charges to include Conspiracy to Impede or Injure a Federal Officer, Interstate Stalking, Interstate Threats, Solicitation to Commit a Crime of Violence, and Assaults on Federal Officers. I make this declaration upon my review of available reports, seized evidence, and direct conversations with the Agents involved.

6. On February 17, 2026, at a DAMN meeting, a HSI agent, acting in an undercover capacity, learned that Cam Kennedy, a.k.a. "Olive Knite" (hereafter "Kennedy"), was planning "de-arrest" and "swarm" training. Kennedy was known to be one of the leaders of a group calling itself "Left Jab" that claimed to practice mixed martial arts and boxing. Kennedy was encouraging members of DAMN that were involved in protest activity to come to the training and to also attend the regularly scheduled "Left Jab" group trainings which were held in the basement of University Baptist Church (hereafter the "Church"). It was later learned from the HSI undercover agent that Kennedy had canceled the "de-arrest" training due to cold weather.

7. Prior to this, I had learned through this investigation, that performing a "de-arrest" is a well-known "direct action" among "anti-fascist" affinity groups. The act involves having multiple persons "swarm" and physically "thwart" law enforcement personnel who are attempting to conduct a lawful arrest through overwhelming force. The techniques involve direct physical and assaultive confrontations with law enforcement personnel and are characterized by obstruction efforts such as distraction techniques, breaking handcuffs or zip ties, or physically opening and assisting arrested persons to escape from secured police vehicles. A successful "de-arrest" incident had recently occurred on February 1, 2026, in Minneapolis, Minnesota when a large group of

agitators acting in a coordinated manner swarmed an official vehicle and successfully assisted a detained suspect to escape and flee.

8. On March 7, 2026, Kennedy, using the encrypted message application SIGNAL, and using the alias "KNITE," sent a message to a chat group of DAMN members in which he posted a link to an online fundraiser for "Left Jab." He then stated that Left Jab was an "*anti-fascist Mixed Martial Arts training class*" that meets every Sunday afternoon and Monday night. He further relayed, "*Anyone in DAMN is welcome to come and encouraged to do so. Please reach out to me if interested.*"

9. On April 12, 2026, HSI attempted to surveil Kennedy at his last known address. Failing to observe the suspect, agents attempted to locate him at a regularly scheduled "Left Jab" training and departed for the Church at approximately 12:10 PM. Agents observed three vehicles in the parking lot of the library located directly across the street from the Church, took photos of the vehicles, and ran registration checks on the vehicles. Agents further observed five individuals enter the basement of the Church and four of those five individuals depart after approximately two hours. None of the individuals was Kennedy. A true and accurate copy of the investigative report is attached as Exhibit D.

10. Prior to the April 12, 2026, surveillance, HSI agents discussed this Court's preliminary injunction and determined the investigative activity would not violate the Court's order as the investigation had no nexus to immigration enforcement and no "immigration enforcement actions" were being undertaken, investigated, planned, or anticipated. I approved the investigative activity at the Church.

11. On April 19, 2026, at approximately 11:45 AM, HSI agents began surveillance in the area of the Church in anticipation of Kennedy holding a meeting at the church at approximately

12:30 PM. Based upon the suspect's prior statements at DAMN meetings, agents believed the purpose of this meeting was to train and plan "de-arrest" acts or other forms of violence against members of federal law enforcement. Agents took photos of seven vehicles located in the library parking lot across from the Church. At approximately 2:35 PM–3:07 PM, agents took a video of 11 individuals departing from the Church and checked the library parking lot to determine which vehicles had left. HSI agents performed registration checks on those vehicles. Agents terminated the surveillance at 3:12 PM. Kennedy was not observed during this surveillance. A true and accurate copy of the investigative report is attached as Exhibit E.

12. On May 28, 2026, HSI learned that Kennedy, using the alias "KNITE," sent a message through an encrypted messaging platform SIGNAL chat to DAMN members stating the following, "*Quick reminder that we moved Left Jab Mixed Martial Art Monday night trainings to Thursdays 7-9 at the University Baptist Church in Dinkeytown and you are all invited. Reach out to me for details. Additionally, we continue our Sunday classes 12:30-2:30 and y'all are invited to those as well. Hope to see ya there!*".

13. On May 28, 2026, a HSI agent, acting in an undercover capacity, attended a "Left Jab" meeting/training at approximately 7:05 PM in the downstairs gymnasium of the Church. Based upon the prior statements of Kennedy at DAMN meetings, HSI suspected Kennedy had organized the event to gather and train individuals to commit acts of violence against federal officers and employees. The agent recorded the event via concealed body-worn audio recorder. The agent terminated the surveillance after approximately two hours. A true and accurate copy of the investigative report is attached as Exhibit F.

14. Prior to the above-referenced investigatory operation, HSI agents discussed whether it would violate this Court's preliminary injunction and determined that it would not since no immigration enforcement was planned or anticipated. I again authorized this operation.

15. On May 28, 2026, after the training, HSI learned that Kennedy, using the alias "KNITE," sent a message through an encrypted SIGNAL chat to "DAMN" members stating the following, "*Back by popular request! Mark your calendars! Left Jab will be doing "De-arrest SWARM training" Thursday June* 18th *7-9 and Sunday June* 21st *12:30-2:30. The training is really fun. We will briefly discuss swarm tactics and why they are effective. Most of the training is similar to capture the flag. The rules change as the training goes but the basics are if you have 50 people, 5 are cops, one is the arrestee and everyone else is the swarm. -if a cop tags you, you are detained and sit down. – if two swarmers tag a detained person, they are unarrested. If 5 swarmers touch a cop at once the cop is down for 20 seconds. Game ends when everyone is liberated or arrested. We discuss what we learn every round or two and add variables like "peace police". Honestly think this is the most effective direct action training I've done. Please come and invite anyone interested. Also, if you know a group that would like to learn this training, we are happy to give this training to groups of 20 or more. Feel free to reach out with questions!*" The HSI agent that attended the May 28, 2026 "Left Jab" training later informed me she had seen Kennedy typing on his phone during the training and believes this message is what he was typing.

16. On May 29, 2026, HSI learned that Kennedy, using the alias "KNITE," sent an identical copy of the message he had sent DAMN members on May 28, 2026, advertising the de-arrest training to a separate encrypted SIGNAL chat to "Left Jab" members. He further added an illustration of police officers in riot gear being swarmed by bees and running away from agitators. He messaged "*Also, this is the image I'd like to use for the training flyers minus the text at the*

*bottom. Haha so good*." A copy of the illustration and text is referenced below.




17. On June 11, 2026, at approximately 7:00 PM, HSI agents observed Kennedy entering the Church to attend another "Left Jab" meeting/training. The agents recorded a video of Kennedy arriving at the Church and took three photos of him parking in the library parking lot across the street. The agents terminated surveillance at approximately 7:12 PM. A true and accurate copy of the investigative report is attached as Exhibit G.

18. Kennedy was later indicted under federal Conspiracy to Impede or Injure a Federal Officer charges and arrested.

19. HSI surveilled criminal suspects at or near the Church only during the four investigatory actions referenced above.

20. To my knowledge, HSI has not investigated any other location on the current protected areas list as part of Project Whipple Shield. I cannot confirm or deny that there are additional investigations at other locations on the protected locations list.

21. No materials or evidence obtained in the investigations from Project Whipple Shield have been or will be used to enforce immigration laws.

I, John Zappone, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: August 27, 2026

JOHN J ZAPPONE

Digitally signed by JOHN J ZAPPONE
Date: 2026.08.27 13:34:29 -07'00'

John Zappone
Assistant Special Agent in Charge
Homeland Security Investigations