**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

**New England Synod, Evangelical Lutheran Church in America,** *et al.*,

Plaintiffs,

v.

**Department of Homeland Security,** *et al.*,

Defendants.

**Case No. 4:25-cv-40102-FDS**

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE**

Plaintiffs respectfully request leave to file the attached proposed reply in support of their motion for an order to show cause why Defendants should not be held in contempt for violating the Court's preliminary injunction order. ECF No. 117. Defendants' opposition to that motion, ECF No. 125, includes several new legal arguments and factual claims that Defendants did not raise during the meet-and-confer process and to which Plaintiffs have had no prior opportunity to respond. Leave to file is warranted in order to allow Plaintiffs to address these arguments and to ensure full party presentation on these important issues prior to the scheduled September 4 hearing. Plaintiffs respectfully submit that granting leave to file their proposed reply would assist the Court in its resolution of the parties' dispute. In addition, no party will be prejudiced by the relief requested, including because Plaintiffs have moved expeditiously to file this request and have done so just one business day after Defendants filed their opposition. Defendants do not take a position on the relief requested.

Dated: August 31, 2026

Respectfully submitted,

/s/ Kevin E. Friedl
Kevin E. Friedl*
J. Sterling Moore*
Sarah Goetz*
Andrew Bookbinder*
Mark B. Samburg
Ayesha Khan*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
kfriedl@democracyforward.org
smoore@democracyforward.org
sgoetz@democracyforward.org
abookbinder@democracyforward.org
msamburg@democracyforward.org
akhan@democracyforward.org

Ryan Downer*
Madeleine Gates*
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th St. NW, Suite 400
Washington, DC 20005
ryan_downer@washlaw.org
madeleine_gates@washlaw.org

Richard J. Leveridge*
Sonia W. Murphy*
Brandon A. Levey*
Samone Ijoma*
Brittney M. Welch*
GILBERT LLP
700 Pennsylvania Ave. SE #400
Washington, DC 20003
Leveridger@gilbertlegal.com
Murphys@gilbertlegal.com
Leveyb@gilbertlegal.com
Ijomas@gilbertlegal.com
Welchb@gilbertlegal.com

*Admitted *pro hac vice*

**CERTIFICATE OF COMPLIANCE WITH L.R. 7.1**

Prior to filing this motion, I conferred with counsel for Defendants and attempted in good faith to resolve or narrow the issues raised. Counsel for Defendants indicated that Defendants do not take a position on the relief requested.

*/s/ Kevin E. Friedl*
Kevin E. Friedl

**CERTIFICATE OF SERVICE**

On August 31, 2026, I served the foregoing on all parties by electronically filing it through the CM/ECF system.

*/s/ Kevin E. Friedl*
Kevin E. Friedl