**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

NEW ENGLAND SYNOD, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

Civil Action No. 4:25-cv-40102-FDS

## RESPONSE TO COURT ORDER

Defendants, United States Department of Homeland Security and Markwayne Mullin, in his official capacity as Secretary of Homeland Security, in response to this Court's order of September 4, 2026, directing Defendants to "provide a supplemental declaration on or before September 25, 2026, setting forth, in a reasonable degree of detail, all instances of which it is aware of any actual or potential violations of the preliminary injunction entered in this matter on February 13, 2026[,]" ECF No. 131, submit the following declarations hereby attached as Exhibits A–D: Declaration of Kathleen A. Sweeney of Immigration and Customs Enforcement, Enforcement and Removal Operations (ICE ERO); Declaration of John C. Varrone of Homeland Security Investigations (HSI); Anthony J. Veselsky of U.S. Customs and Border Protection (CBP), Office of Field Operations (OFO); and Nicholas C. Turner of CBP, U.S. Border Patrol (USBP).

ICE ERO identified two potential violations, both of which were brought to its attention by Plaintiffs' previous inquiries. *See* Sweeney Decl., Ex. A ¶ 5. The parties addressed one potential violation—a hot-pursuit incident in Southern California, *id.* ¶ 5(b)—during summary judgment

briefing. *See* Pls.' Mot. Summ. J. Combined Opp'n and Reply at 33–34, ECF No. 121; Defs.' Reply in Support of Mot. Summ. J. at 22–24, ECF No. 136. Defendants located no records of the other potential violation on April 19, 2026. Sweeney Decl., Ex. A ¶ 5(a). HSI, CBP OFO, and USBP did not identify any potential violations.

Dated: September 25, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KRISTINA A. WOLFE
Assistant Branch Director
Federal Programs Branch

*/s/ Richard Cody Giles*
RICHARD C. GILES (WY Bar No. 8-7222)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel: 202-598-7598
Fax: 202-616-8470
Email: Richard.C.Giles@usdoj.gov
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, the foregoing pleading was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

*/s/ Richard Cody Giles*
Richard Cody Giles
Trial Attorney
United States Department of Justice