# Exhibit C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NEW ENGLAND SYNOD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Civil Action No. 4:25-cv-40102-FDS |

**DECLARATION OF ANTHONY J. VESELSKY**

I, Anthony J. Veselsky, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records and reasonably relied upon in the course of my employment, hereby declare as follows:

1. I am the Deputy Executive Director for Operations Directorate (OPS) within Office of Field Operations (OFO) Headquarters located in Washington, D.C. My responsibilities include providing leadership and guidance to a cross functional team of 77 employees on all-hazards support to 20 field offices and 328 ports of entry nationwide for planned and unplanned incidents and events that require national support, preparedness, and response capabilities. I have served in this position since October 2024.

2. I have served in various positions within Office of Field Operations (OFO) since the beginning of my U.S. Customs and Border Protection (CBP) career in 2008, including Assistant Director, Active Threat Training Branch, and Deputy Commander of the OFO Special

Response Team (SRT), where I provided programmatic oversight of 155 SRT Operators conducting over 400 operations and over 20 training courses annually, and Special Advisor to the Assistant Commissioner with the Office of International Affairs. I have also served as a Supervisory Customs and Border Protection Officer (CBPO), Course Developer/Instructor within the Use of Force Tactics Training Branch at the Field Operations Academy.

3. With over 60,000 employees, CBP is one of the world's largest law enforcement organizations. CBP's mission priorities include countering terrorism, combating transnational crime, securing the border, facilitating lawful trade and protecting revenue, and facilitating lawful travel. CBP carries out its mission priorities through its subcomponents, which includes OFO. OFO has approximately 26,000 CBPOs assigned to the field throughout the nation at land ports of entry, airports and seaports. OFO primarily operates at ports of entry with limited enforcement activities outside of ports of entry.

4. Within OFO, OPS serves as the primary coordination and communication center for operational matters, linking field offices, executive leadership, and mission partners to ensure priorities, requirements, and emerging issues are identified, elevated, and addressed effectively. OPS provides strategic advisory and operational support to leadership, advances mission readiness initiatives, manages resources and budget execution, enhances situational awareness, and facilitates coordination across internal and external stakeholders. Through these efforts, OPS converts strategic priorities into coordinated operational action that enhances readiness, accountability, communication, and mission effectiveness across OFO.

5. I am aware that, on September 4, 2026, this Court ordered DHS to provide a supplemental declaration on or before September 25, 2026, setting forth, in a reasonable degree of detail, all instances of which it is aware of any actual or potential violations of the preliminary

injunction entered in this matter on February 13, 2026. The Court defined a potential violation of the order as one in which a reasonable person could take the view that the order was or may have been violated, even if the government does not believe that a violation occurred, and whether or not any participant actually intended to violate the order.

6. To comply with this order, OFO conducted a good-faith search of the available systems, and the search yielded negative results for enforcement actions at places of worship.

7. CBPOs generally operate at ports of entry, with the exception of members of the SRT and CBPOs assigned as Task Force Officers (TFOs) in support of other federal government agencies (e.g., U.S. Immigration and Customs Enforcement, U.S. Marshals Service, Drug Enforcement Administration, etc.). SRT and TFOs are the primary officers who conduct targeted operations outside POEs. Such operations could be internal, to execute administrative warrants generated by either CBP or ICE. SRT and TFOs may also assist in executing administrative or judicial warrants on behalf of other agencies. For these operations, OFO Special Operations Division provides operational oversight with administrative oversight provided by OPS. OFO OPS, including OFO SOD, are not aware of any SRT operations taking place at places of worship.

8. OFO OPS conducted direct systems searches within the Analytical Framework for Intelligence (AFI). The AFI system serves as a centralized platform that aggregates data from multiple CBP systems which OFO regularly accesses. AFI enables OFO to perform comprehensive keyword searches across limited free-text fields in OFO record systems to retrieve detailed information regarding specific OFO encounters or arrests that have occurred at or outside a port of entry.

9. On Friday, September 18, OFO completed its search of OFO record systems using the following keywords: "church," "synagogue," "mosque," and "place of worship". The time

frame used began on February 13, 2026, and was intended to capture enforcement actions at those locations by OFO personnel between that date and the completion of the search. The search yielded false positives, including "church" being part of the city name such as "Falls Church, VA" or part of the address such as "Church Street".

I, Anthony J. Veselsky, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief, and based upon information reasonably relied upon in the course of my employment.

Executed on Date: September 25, 2026

Anthony J. Veselsky
Anthony J. Veselsky
Deputy Executive Director
Operations Directorate
Office of Field Operations
U.S. Customs and Border Protection