# Exhibit D

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NEW ENGLAND SYNOD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Civil Action No. 4:25-cv-40102-FDS |

**DECLARATION OF NICHOLAS C. TURNER**

I, Nicholas C. Turner, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records and reasonably relied upon in the course of my employment, hereby declare as follows:

1. I currently serve as the Acting Division Chief in the Law Enforcement Operations Directorate (LEOD) at United States Border Patrol (USBP) Headquarters located in Washington D.C. In this role, I oversee strategic and operational planning. I oversee nationwide deployments and response to emerging threats. I facilitate enterprise-wide collaboration to ensure continuity of operations. Since my entry on duty in 2009, I have served in various positions within the USBP, including Acting Deputy Patrol Agent in Charge in Laredo Sector, where I led over 500 field agents and support staff in support of border security and targeted enforcement efforts. I also served as Acting Patrol Agent in Charge in Miami Sector where I led a multiagency campaign targeting violent offenders. I have also served in the Foreign Operations Division at USBP

Headquarters and several roles in El Paso Sector including Intelligence, Department of Defense Intelligence Liaison, and the Targeted Enforcement Unit.

2. With over 60,000 employees, CBP is one of the world's largest law enforcement organizations. CBP's mission priorities include countering terrorism, combating transnational crime, securing the border, facilitating lawful trade and protecting revenue, and facilitating lawful travel. CBP carries out its mission priorities through its subcomponents, which includes USBP. USBP has approximately 22,000 Border Patrol Agents, the vast majority of whom are assigned to the field along the southern and northern borders. USBP is responsible for patrolling thousands of miles between the ports of entry along the southern and northern borders, including coastal regions.

3. Within USBP, LEOD is responsible for supporting the enforcement operations of the Border Patrol by providing a national perspective of operational strategies through continuous communications, timely and appropriate resource deployment, and ensuring accountability to and from the field.

4. I am aware that, on September 4, 2026, this Court ordered DHS to provide a supplemental declaration on or before September 25, 2026, setting forth, in a reasonable degree of detail, all instances of which it is aware of any actual or potential violations of the preliminary injunction entered in this matter on February 13, 2026. The Court defined a potential violation of the order as one in which a reasonable person could take the view that the order was or may have been violated, even if the government does not believe that a violation occurred, and whether or not any participant actually intended to violate the order.

5. To comply with this order, USBP conducted a good-faith search, relying on operational field personnel, and the Sectors responded with negative results.

6. It is my understanding that given how reports, data, and information are maintained in USBP systems, USBP would be unable to search for and collect information related to immigration enforcement actions at or near places of worship from a single systems source. Rather, there are multiple sources that would have to be searched from a systems perspective for every record created and maintained within a CBP system since February 13, 2026. Those records would then have to be cross-checked against the current list of over 5,000 protected locations and the associated adjacent protected areas which are subject to the preliminary injunction.

7. As an example, USBP uses the e3 portal (e3) to collect and transmit data related to law enforcement activities, including biographic, encounter details, and biometric data of individuals encountered by USBP. The e3 system houses approximately nine terabytes of data. This system is organized and searchable by a person, not a location. Searching by the address of a specific protected area or description of an adjacent protected area is not a primary function of the e3 system. Specifically, e3 is an application comprised of multiple databases that USBP has access to, including CBP-owned databases and databases owned by external government partners; thus, an e3 query is in actuality multiple queries, to accurately collect different layers of information, including narrative, details, and comment fields from multiple databases. It may be possible for software developers to craft a unique query within e3 for narrative text regarding encounters, which could include a location *if* that information was entered in the narrative, but a manual review would have to be conducted to confirm that the search returned the expected information, which could still lead to errors in obtaining the desired data.

8. Because of the extremely burdensome and time consuming process of systems searches followed by conducting manual searches of over 5,000 protected areas in addition to the adjacent protected areas that are covered by the Court's preliminary injunction, which would not

be feasible to conduct given the court's expedited timeframe, USBP Headquarters LEOD reached out to the twenty Sectors and approximately 130 Stations within those Sectors to determine whether any Sector or Station was aware of any instance in which Border Patrol personnel conducted an immigration enforcement action at or near any place of worship (i.e., church, synagogue, mosque, etc.) after February 13, 2026. As the law enforcement agents in the field, the USBP Sectors and Stations would be best positioned to track enforcement actions within their respective areas of responsibility such as actions taken at sensitive locations, including places of worship.

9. The Western Corridor Sectors, Eastern Corridor Sectors and Central Corridor Sectors each responded with negative results from all southern and northern border Sectors. USBP LEOD did not direct the nature of the search, and Sectors/Stations were able to use their discretion to determine the appropriate mechanism to confirm with the USBP Agents in the field whether an immigration enforcement action took place at or near a place of worship and largely relied on their knowledge of their own operations and operational planning.

I, Nicholas C. Turner, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief, and based upon information reasonably relied upon in the course of my employment.

NICHOLAS C TURNER
Digitally signed by NICHOLAS C TURNER
Date: 2026.09.25 17:30:51 -04'00'

Executed on Date: September 25, 2026

Nicholas C. Turner
Acting Division Chief
Law Enforcement Operations Directorate
U.S. Border Patrol
U.S. Customs and Border Protection